# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in  PA, NJ, NY & DC

bvullings@vullingslaw.com

May 9, 2017

**VIA ECF**
Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      Re:    **Robert M. Morris v. Vital Recovery Services, LLC, et. al.**
                **USDC, E.D. Pa., 2:16-cv-05880-MSG**

Your Honor:

      Kindly be advised the above referenced matter has been recently settled as to Defendant, Vital Recovery Services, LLC only. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

      Thank you for your time and consideration of this matter.

                              Sincerely,

                              */s/ Brent F. Vullings*

                              Brent F. Vullings, Esq.

BFV:fc
cc:    Steven Andreacchi, Esq. (via ECF)
        Ronald S. Canter, Esq. (via ECF)