IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT M. MORRIS,<br>          Plaintiff, | : CIVIL ACTION<br>:<br>: |
| v. | : No. 16-5880<br>: |
| VITAL RECOVERY SERVICES, LLC,<br>          Defendant. | :<br>: |

## ORDER

AND NOW, this 11th day of May, 2017, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.

BY THE COURT:

_____
Mitchell S. Goldberg, J.

# VULLINGS LAW GROUP, LLC
Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA  19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in PA, NJ, NY & DC

bvullings@vullingslaw.com

May 9, 2017

**VIA ECF**
Honorable Mitchell S. Goldberg
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Re:   Robert M. Morris v. Vital Recovery Services, LLC, et. al.
USDC, E.D. Pa., 2:16-cv-05880-MSG

Your Honor:

Kindly be advised the above referenced matter has been recently settled as to Defendant, Vital Recovery Services, LLC only. We are waiting for circulation of the necessary paperwork in order to finalize the settlement.

Thank you for your time and consideration of this matter.

Sincerely,

*/s/ Brent F. Vullings*

Brent F. Vullings, Esq.

BFV:fc
cc:   Steven Andreacchi, Esq. (via ECF)
Ronald S. Canter, Esq. (via ECF)